UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No: 2:20 CV 486 |
| HZ OPS HOLDINGS, INC d/b/a POPEYES, | ) ) ) ) |
| Defendant. | ) ) |

# O R D E R

In light of the parties' settlement, and agreement that all matters in controversy have been resolved, this case is now **DISMISSED**. The Clerk is directed to close this case.

**SO ORDERED.**

Date: March 23, 2022

        s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT